STATE OF MAINE,                                    SUPERIOR COURT
CUMBERLAND, SS.                                     CIVIL ACTION
                                                   DOCKET NO. CV-00-091

APR 1.    2    PM '00  *NM-CUM - 4/23/2000*

STATE OF MAINE,                        }
                                       }
                                       }
                                       }    -CIVIL FORFEITURE-
        V.                             }  FINAL ORDER OF DISPOSITION
                                       }     OF PROPERTY
$5,510.00 U.S. CURRENCY,               }
        DEFENDANT IN REM NO. 1         }
AND                                    }
SEVERAL FIREARMS                       }
        DEFENDANT IN REM NO. 2         }
AND                                    }
STACY JACKSON                          }
        POTENTIAL PARTY IN INTEREST    }

WHEREAS, the Court finds from the record that a Petition for Asset Forfeiture was filed with the Court on or about February 7, 2000 and that after being served with said Petition, Potential Party In Interest Stacy Jackson did Answer said Petition in a timely fashion; and

WHEREAS, the Court finds from the record that a Consolidated Pleadings and Settlement Agreement for Asset Forfeiture Pursuant to 15 M.R.S.A. § 5821, which was seen and agreed to by the State of Maine and by Potential Party In Interest Stacy Jackson and by her attorney Andrews Campbell, Esq., was filed against the Defendant In Rem No. 1 and No. 2 on or about March 16, 2000; and

WHEREAS, the Court finds from the record that the City/Town of Brunswick, Maine did grant its Approval pursuant to 15 M.R.S.A. §5824(3), which set forth the Town's "Approval" for the transfer of the Defendant In Rem, or a portion thereof, to the City/Town of Brunswick, Maine; and

WHEREAS, the Court finds from the pleadings that the contribution of the Town of Brunswick Police Department in the related criminal investigation was "substantial" within the meaning of 15 M.R.S.A. §5822;

THE COURT FINDS AND ORDERS AS FOLLOWS:
1)      $2275.00 of the Defendant In Rem No. 1 and all of the firearms that are the subject of the Defendant In Rem No. 2 are hereby forfeited to the State of Maine and all rights and privileges pertaining thereto are exclusively bestowed upon the Plaintiff, State of Maine, and;

2) Pursuant to 15 M.R.S.A. §5822, so much of the Defendant In Rem No. 1 as equals $2275.00 is hereby ordered transferred to the Town of Brunswick on grounds that the Brunswick Police Department did make a substantial contribution to the investigation of a related criminal matter.

3) Pursuant to 15 M.R.S.A. §5822, so much of the Defendant In Rem No. 1 as exceeds $2275.00, namely $2,875.13, is hereby ordered to be returned to the Potential Party In Interest, Stacy Jackson.

4) Pursuant to 15 M.R.S.A. §5822, the Defendant In Rem No. 2 is hereby ordered transferred to the Town of Brunswick on grounds that the Brunswick Police Department did make a substantial contribution to the investigation of a related criminal matter. The firearms that constitute the Defendant In Rem No. 2 are 1)a Winchester 12 gauge pump shotgun, Model No. 13, Serial No. L2546331; 2) a Ruger .357 Magnum Revolver, Serial No. 3607091; and 3) an Amadeo Rossi .22 cal. Revolver with leather holster, Model No. M511.

5) The Court furthers Orders that the portion of the Defendant In Rem No. 1 that is to be forfeited to the Town of Brunswick and the Defendant In Rem No. 2 be Forfeited to the General Fund of the State of Maine should the municipality, county or state agency named above decline to accept the forfeited proceeds or should the Attorney General not consent to the transfer of the Defendant In Rem as outlined above.

So Ordered, this 21ˢᵗ day of APRIL , 2000, in the County of Cumberland, State of Maine.

MAINE SUPERIOR COURT JUSTICE

Date Filed __02-08-00__ CUMBERLAND Docket No. __CV 00-091__
County

Action __DRUG FORFEITURE__

STATE OF MAINE

$5,150.13 U.S. CURRENCEY
ONE WINCHESTER 12 GUAGE PUMP SHOTGUN MODEL NO.13, SERIA
NO. L2546331
ONE RUGER .357 MAGNUM REVOLVER SERIAL NO. 3607091
ONE AMEDEO ROSSI .22 CAL. REVOLVER WITH LEATHER HOLSTER
MODEL NO. M511
STACY JACKSON, PARTY IN INTEREST
vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| LEA ANNE JAMESON AAG 822-0380<br>MDEA 565 CONGRESS ST., SUITE 300<br>PORTLAND ME 04101-3315 | Andrews Campbell Esq. (Jackson)<br>18 Water Street<br>Thomaston, ME 04861 |

DONALD L. GARBRECHT
LAW LIBRARY

MAY 24 2000

| Date of Entry | |
|---|---|
| 2000<br>Feb. 08 | Received 02-08-00:<br>Complaint Summary Sheet filed. |
| "    " | Plaintiff, State of Maine's Petition for Asset Forfeiture Pursuant to 15 M.R.S.A. §5822 filed. |
| "    " | Summons filed showing officer's return of service on 01-24-00 upon Stacy Jackson filed. |
| Feb. 14 | Received 2-11-00.<br>Defendant, Stacy Jackson's, Answer and Counterclaim filed. |
| March 07 | Received 03/03/00:<br>Scheduling Order filed. (Mills, J.)<br>The entry shall be: " Scheduling Order filed. Discovery deadline is 11/01/00.<br>On 03/07/00 copy mailed to Lea Anne Jameson, AAG, and Andrews Campbell, Esq. |
| Mar. 17 | Received 3-17-00.<br>Plaintiff's consolidted pleadings and settlement agreement for asset forfeiture pursuant to 15 M.R.S.A. §5821 filed. |
| Mar. 28 | Received 3-28-00.<br>Letter from Andrews B. Campbell, Esq. stating he is awaiting communication from Lee-Anne Jameson in respect to agreement on the order to be submitted to the court filed. |
| Mar. 30 | Received 3-29-00.<br>Letter from Andrews B. Campbell Esq. regarding modifications to plaintiff' proposed order file.d |
| April 10 | Received 04/04/00:<br>Entry of Appearance filed.<br>Andrews B. Campbell, Esq. enters his appearance as counsel on behalf of party-in-interest Stacey Jackson, personal representative of the |